# Court of Appeals
## Tenth Appellate District of Texas

---

10-25-00194-CV

---

In re Frances Spanos Shelton

---

Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The Petition for Writ of Mandamus, filed on June 26, 2025, by Relator Frances Spanos Shelton, is denied.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: April 23, 2026

Before Chief Justice Johnson,
    Justice Smith, and
    Justice Harris
Petition denied
OT06

